UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SANDOLO,<br><br>    Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK,<br><br>    Defendant. | Case No. 21-cv-00233-JSW<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT AND ORDER TO SHOW CAUSE RE JURISDICTION**<br><br>Re: Dkt. No. 13 |

Having filed an amended complaint in this matter, Plaintiff has effectively mooted Defendant's pending motion to dismiss. The motion is therefore DENIED and the hearing set on April 2, 2021 is VACATED. However, the amended complaint indicates that only state law causes of action remain. Accordingly, the Court issues this order to show cause why the matter should not be remanded to the Alameda County Superior Court for failure to state a federal claim and for lack of federal jurisdiction. Plaintiff shall file a response to this order by no later than March 22, 2021 stating why this matter should not be remanded; Defendant may file a reply no later than one week after receiving Plaintiff's response to this order.

**IT IS SO ORDERED.**

Dated: March 11, 2021

_____
JEFFREY S. WHITE
United States District Judge