1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  21550 Oxnard St., Suite 780
4  Woodland Hills, CA 91367
   Phone: 323-306-4234
5  Fax: 866-633-0228
6  tfriedman@toddflaw.com
   abacon@toddflaw.com
7  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SANDOLO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SYNCHRONY BANK and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 4:21-cv-00233-JSW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO REMAND TO STATE COURT**<br><br>**Honorable Judge Jeffrey S. White** |

Before the Court is the Parties' Stipulation to Remand to State Court. Having considered the Stipulation, and good cause appearing therefor, the Court grants the Parties' Stipulation and orders as follows.

1. This matter is remanded to the Superior Court of California, County of Alameda, for further proceedings; and

2. Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is

<205>denied as moot, without prejudice to its refiling in Superior Court.

IT IS SO ORDERED:

DATED: March __26__, 2021     BY: _____
Honorable Jeffrey S. White
United States District Judge

<205><205><205><205><205><205>
<205><205><205><205>
<205>ORDER TO REMAND TO STATE COURT
2